UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Harold Killian, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.  4:13-cv-00300-JCH |
| **Black Bullet Trucking, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On February 19, 2013, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case.  Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Stephen N. Limbaugh, Jr., U.S. District Judge.

Dated this 20th day of February, 2013.

James G. Woodward, Clerk of Court


/s/ Katie Spurgeon
Deputy in Charge

**In all future documents filed with the Court, please use the following case number:**

**1:13-cv-00035-SNLJ.**